imate state interest. *Id.* Employee does not allege that a suspect class is involved, but does assert that a fundamental right is impinged on, i.e. the right of access to the courts for damages "in these situations." Assuming *arguendo* that access to courts is a fundamental right for purposes of equal protection law, we have already held that Employee was not denied access to Missouri's courts by section 287.150, and accordingly there is no violation of Employee's right to equal protection under the law. Point denied.

The judgment of the trial court is affirmed.

MARY K. HOFF, J., and NANNETTE A. BAKER, J., concur.

Before GLENN A. NORTON, C.J., KENNETH M. ROMINES, J., and ROY L. RICHTER, J.

## ORDER

PER CURIAM.

Gerald Schmidt appeals the trial court's judgment calculating the sum for necessaries Schmidt owed Freddie Klein. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).

**Gerald Paul SCHMIDT, Appellant,**

v.

**Freddie Lee KLEIN, Respondent.**

**No. ED 87022.**

Missouri Court of Appeals,
Eastern District,
Southern Division.

Sept. 12, 2006.

Terry R. Rottler, Ste. Genevieve, MO, for appellant.

Eugene R. Milzark, Jr., Perryville, MO, for Guardian Ad Litem.

John P. Heisserer, Cape Girardeau, MO, for respondent.

**STATE of Missouri, Respondent,**

v.

**Joshua TULLOCK, Appellant.**

**No. ED 87388.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 19, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 24, 2006.

James C. Ochs, Clayton, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel N. McPherson, Jefferson City, MO, for respondent.